UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANGEL RODRIGUEZ,

                             Plaintiff,                      **NOTICE OF VOLUNTARY DISMISSAL**

      -against-                                              24 CV 449

THE CITY OF NEW YORK,
JOHN DOE 1-2,

                             Defendants.
------------------------------------------------------------------------x

PURSUANT to Federal Rule 41(a)(1)(A)(i) Plaintiff Angel Rodriguez hereby dismisses this action.

**Dated**: April 22, 2024
New York, New York 10007

                                                              */s Vik Pawar*

                                                              Vik Pawar