UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER MCINNIS, individually and on behalf of her infant children O.S., C.S (female), and C.S. (male)<br><br>     Plaintiffs,<br><br> -against-<br><br>City of New York, et al.,<br><br>     Defendants. | 24-CV-3449 (GHW) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by August 9, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until **5:00 PM on August 14, 2024**.

DATED: August 12, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge